UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAMEDA COUNTY ELECTRICAL INDUSTRY SERVICE CORPORATION, et al.,<br><br>              Plaintiffs,<br><br>       v.<br><br>GREENLEAF SOLAR SOLUTIONS, et al.,<br><br>              Defendants. | Case No.: C 13-5300 KAW<br><br>ORDER VACATING CASE MANAGEMENT CONFERENCE |

A case management conference is currently scheduled in the above-captioned case for February 18, 2014. (Scheduling Order at 2, Dkt. No. 4.) On February 11, 2014, Plaintiffs filed a case management statement. (Pls.' CMC Statement, Dkt. No. 16.) In their case management conference statement, Plaintiffs indicate that the Clerk has entered default against the defendants and that they are preparing the pleadings for entry of default judgment. (*Id.* at 2.) Plaintiffs thus request that the court vacate the upcoming case management conference. *(Id.)*

Good cause appearing, the court hereby vacates the case management conference currently set for February 18, 2014.

IT IS SO ORDERED.

Dated: February 12, 2014

_____
KANDIS A. WESTMORE
United States Magistrate Judge

1